| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Granade, Callie V | 2. Court or Organization<br>Southern District of Alabama | 3. Date of Report<br>6/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br>○ Nomination,   Date<br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>John C. Campbell United States<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 JUN 28 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | 12-31-03 | Southwest Bancshares, Inc. (director's fees) |
| 2. | 12-31-03 | Stone, Granade & Crosby, P.C. (law firm income) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Washington & Lee University Law School | Lexington, VA, November 13 - 16, judge moot court final competition (transportation & lodging & 1 meal) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Community Bank | mortgage on real property | J |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Southwest Bancshares stock (see note) | G | Dividend | P1 | Q | | | | | |
| 2. First Community Bank accounts | B | Interest | L | T | | | | | |
| 3. SouthTrust Bank accounts | A | Interest | M | T | | | | | |
| 4. AmSouth Bank accounts | B | Interest | M | T | | | | | |
| 5. Army Aviation Center Federal Credit Union account | B | Interest | K | T | | | | | |
| 6. 1/3 interest in Virginia Properties, LLC | | None | L | S | | | | | |
| 7. 20% interest in Britton Point LLC | F | Distribution | K | W | | | | | |
| 8. Morgan Stanley brokerage account #1 | | | | | | | | | |
| 9. -Active Assets Money Mkt. | B | Interest | K | T | | | | | |
| 10. -Microsoft Corp.common stock | A | Dividend | L | T | Stock Divid. | 2/14 | K | | |
| 11. -Pfizer, Inc. common stock | D | Dividend | N | T | Exchange | 4/16 | J | | |
| 12. | | | | | Partial Sale | 10/29 | L | | |
| 13. -BP Amoco common stock | B | Dividend | | | Partial Sale | 7/18 | K | E | |
| 14. | | | | | Sale | 11/6 | K | E | |
| 15. -Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 16. -Marsh & McLennan Cos. common stock | B | Dividend | J | T | | | | | |
| 17. -National City Corp. common stock | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Cisco Sys. Inc. common stock | | None | L | T | Buy | 9/11 | J | | |
| 19. -Anheuser Busch common stock | A | Dividend | L | T | Buy | 7/29 | J | | |
| 20. -Eli Lilly common stock | A | Dividend | | | Sale | 9/3 | L | | |
| 21. -Fifth Third Bancorp Ohio common stock | B | Dividend | L | T | | | | | |
| 22. -McData Corp. common stock | | None | J | T | | | | | |
| 23. -Novartis AG common stock | A | Dividend | L | T | Buy | 9/11 | J | | |
| 24. -Suntrust Bank common stock | B | Dividend | K | T | | | | | |
| 25. -Northern KY Univ Rev Ref Cons Educ Bldgs SER I Bond | A | Interest | | | Redemption | 5/1 | J | A | |
| 26. -Honolulu Hawaii city & cnty OID Genrl Oblig Bond | B | Interest | | | Redemption | 12/1 | K | | |
| 27. -District Columbia Genl Oblig Defeased Ser B Bond | A | Interest | K | T | | | | | |
| 28. -Alabama Judicial Bldg AU Rev Bond | | None | M | T | | | | | |
| 29. | | | | | Buy | 4/8 | K | | |
| 30. -Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B B | B | Interest | K | T | | | | | |
| 31. -Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | | | | | |
| 32. -Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 33. -Seariver Maritime Def. Interest Debenture zero coupon | | None | L | T | | | | | |
| 34. -Hartford CRC annuity | | None | | | Sale | 9/15 | L | | |
| 35. -Allstate Life Variable Annuity (MS B VA W/MAV DB/5% IB) | | | L | T | Buy | 10/3 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyers/seller (if private transaction) |
| 36. -Baxter Intl common stock | A | Dividend | | | Sale | 7/18 | | | |
| 37. -BB&T Corp common stock | B | Dividend | L | T | | | | | |
| 38. -Medtronic common stock | A | Dividend | K | T | | | | | |
| 39. -Myriad Genetic Inc. common stock | | None | J | T | | | | | |
| 40. -Target common stock | A | Dividend | L | T | | | | | |
| 41. -Duke Energy Common stock | A | Dividend | K | T | | | | | |
| 42. -Harley Davidson Common stock | A | Dividend | K | T | | | | | |
| 43. -Kraft Foods Class A stock | A | Dividend | | | Sale | 7/18 | K | | |
| 44. -Monsanto Co. stock (see note) | A | Dividend | J | T | | | | | |
| 45. -Pharmacia Corp. Common stock (see note) | A | Dividend | | | Tender | 4/16 | K | | |
| 46. -Sysco Corp | A | Dividend | L | T | Buy | 7/18 | K | | |
| 47. | | | | | | 7/19 | J | | |
| 48. -Teco Energy Common stock | B | Dividend | K | T | | | | | |
| 49. -Union Planters Common stock | B | Dividend | | | Buy | 7/18 | J | | |
| 50. | | | | | Buy | 9/11 | J | | |
| 51. | | | | | Sale | 12/15 | K | | |
| 52. -Avery Dennison Corp. Stock | A | Dividend | K | T | Buy | 10/31 | K | | |
| 53. | | | | | Buy | 11/06 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. -Bank of America Corp. Stock | A | Dividend | K | T | Buy | 7/29 | K | | |
| 55. -Corporate Executive Board Stock | | | J | T | Buy | 10/31 | J | | |
| 56. -Dell Inc. Stock | | | K | T | Buy | 10/31 | J | | |
| 57. | | | | | Buy | 11/06 | J | | |
| 58. | | | | | Buy | 12/16 | J | | |
| 59. -Garmin Ltd. Stock | A | Dividend | J | T | Buy | 10/31 | K | | |
| 60. | | | | | Buy | 12/16 | J | | |
| 61. -The Advisory Board stock | | | J | T | Buy | 12/16 | J | | |
| 62. -Wells Fargo & Co. stock | | | K | T | Buy | 12/16 | K | | |
| 63. -U.S. Bancorp Common stock | A | Dividend | K | T | Buy | 9/11 | K | | |
| 64. -Alliance Technology B Mutual Fund | | None | L | T | | | | | |
| 65. -American Amcap B Mutual Fund | | None | K | T | | | | | |
| 66. -American Growth Fund of America B Mutual Fund | | None | K | T | Buy | 3/3 | J | | |
| 67. | | | | | Buy | 6/6 | J | | |
| 68. | | | | | Buy | 9/5 | J | | |
| 69. | | | | | Buy | 12/16 | J | | |
| 70. -American Inv Co of America B Mutual Fund | | None | L | T | | | | | |
| 71. Morgan Stanley Retirement Account | A | Distr/Div/In | K | T | received | 1/10 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. Piroco Appreciation Fund | | | L | T | | | | | |
| 73. 1/12 mineral rights, parcel in Washington Cnty, AL | | None | J | W | | | | | |
| 74. 40% interest in Daphne Offices, LLC (see note) | D | Rent | M | Q | | | | | |
| 75. 12.5% interest in office building, Bay Minette, AL (see note) | C | Rent | K | Q | | | | | |
| 76. 26.5% interest in South Baldwin Offices, LLC (see note) | D | Rent | L | Q | | | | | |
| 77. 1/3 int.real estate parcel #1 in Washington Cnty, AL | | None | K | W | | | | | |
| 78. 1/3 int. real estate parcel #2 Washington Cnty, AL | | None | J | W | | | | | |
| 79. Royalty Interest, Richland Parish, LA | | None | J | W | | | | | |
| 80. Royalty Interest, Copiah County, MS | | None | J | W | | | | | |
| 81. Royalty Interest, Harrison County, MS | | None | J | W | | | | | |
| 82. Royalty Interest, Lincoln County, MS | | None | J | W | | | | | |
| 83. Royalty Interest, Madison County, MS | | None | J | W | | | | | |
| 84. Royalty interest, Yazoo County, MS | | None | J | W | | | | | |
| 85. Royalty Interest, Union County, FL (see note) | | None | J | W | | | | | |
| 86. Royalty interest, Pearl River County, MS (see note) | | None | J | W | | | | | |
| 87. Royalty Interest in Jackson County, MS (see note) | | None | J | W | | | | | |
| 88. Royalty Interest in Baldwin County, AL (see note) | | None | J | W | | | | | |
| 89. Royalty Interest in George County, MS (see note) | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. Royalty Interest in Greene County, MS (see note) | | None | J | W | | | | | |
| 91. Royalty Interest in Bradford County, FL (see note) | | None | J | W | | | | | |
| 92. Royalty Interest in Mobile County, AL (see note) | | None | J | W | | | | | |
| 93. Morgan Keegan SEP/IRA | A | Div. & Int. | K | T | | | | | |
| 94. -Buckeye Technologies common stock | | | | | | | | | |
| 95. -Energy South common stock | | | | | | | | | |
| 96. -Florida East Coast Inds. common stock | | | | | Sale | 11/24 | J | | |
| 97. -St. Joe Paper common stock | | | | | Buy | 11/24 | J | | |
| 98. -Drey Money Market | | | | | Buy | 10/1 | J | | |
| 99. | | | | | Buy | 9/26 | J | | |
| 100. First Trust Corp. Datalynx IRA account | C | Div. & Int. | M | T | | | | | |
| 101. -Clipper Fund | | | | | Buy | 1/10 | J | | |
| 102. | | | | | Buy | 1/14 | J | | |
| 103. | | | | | Partial Sale | 2/12 | J | | |
| 104. | | | | | Sale | 2/13 | J | | |
| 105. -Mutual Discovery Fund | | | | | Partial Sale | 1/28 | J | | |
| 106. | | | | | Partial Sale | 2/7 | J | | |
| 107. | | | | | Sale | 2/13 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. -Sequoia Fund | | | | | Buy | 4/3 | J | | |
| 109. | | | | | Buy | 4/30 | J | | |
| 110. | | | | | Partial Sale | 10/15 | J | | |
| 111. -First Trust Money Market account | | | | | | | | | |
| 112. -Turner Ultra Short Duration Fixed Income Fund | | | | | Sale | 5/30 | J | | |
| 113. -Rydex Dynamic Tempest 500 Fund | | | | | Buy | 1/23 | J | | |
| 114. | | | | | Buy | 1/30 | J | | |
| 115. | | | | | Buy | 2/4 | J | | |
| 116. | | | | | Partial Sale | 2/18 | J | | |
| 117. | | | | | Partial Sale | 2/27 | J | | |
| 118. | | | | | Partial Sale | 3/18 | J | | |
| 119. | | | | | Partial sale | 3/21 | J | | |
| 120. | | | | | Sale | 4/2 | J | | |
| 121. -Dodge & Cox Stock Fund | | | | | Partial Sale | 2/7 | J | | |
| 122. | | | | | Sale | 2/11 | J | | |
| 123. | | | | | Buy | 3/17 | J | | |
| 124. | | | | | Buy | 3/18 | J | | |
| 125. | | | | | Buy | 3/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. | | | | | Buy | 3/21 | J | | |
| 127. | | | | | Buy | 5/28 | J | | |
| 128. | | | | | Buy | 6/17 | J | | |
| 129. -First Eagle Sogen Global Fund Class A | | | | | | | | | |
| 130. -First Eagle Global Fund Class I | | | | | Buy | 1/30 | J | | |
| 131. | | | | | Buy | 4/29 | J | | |
| 132. | | | | | Buy | 5/5 | J | | |
| 133. | | | | | Buy | 5/1 | J | | |
| 134. | | | | | Buy | 5/13 | J | | |
| 135. | | | | | Buy | 5/23 | J | | |
| 136. | | | | | Buy | 6/6 | J | | |
| 137. | | | | | Buy | 7/31 | J | | |
| 138. | | | | | Buy | 8/27 | J | | |
| 139. | | | | | Buy | 10/30 | J | | |
| 140. -Turner Micro Cap Growth Fund | | | | | Buy | 4/22 | J | | |
| 141. | | | | | Buy | 5/1 | J | | |
| 142. | | | | | Buy | 5/5 | J | | |
| 143. | | | | | Buy | 5/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 144. | | | | | Buy | 5/15 | J | | |
| 145. | | | | | Buy | 5/22 | J | | |
| 146. | | | | | Buy | 5/27 | J | | |
| 147. | | | | | Buy | 5/30 | J | | |
| 148. | | | | | Buy | 6/2 | J | | |
| 149. | | | | | Buy | 6/6 | J | | |
| 150. | | | | | Buy | 7/10 | J | | |
| 151. | | | | | Buy | 7/31 | J | | |
| 152. -Matthews Pacific Tiger | | | | | Buy | 11/04 | J | | |
| 153. -Longleaf Partners Fund | | | | | Buy | 12/23 | J | | |
| 154. Morgan Stanley Brokerage Acct. #2 | | None | J | T | | | | | |
| 155. -Cisco common stock | | None | J | T | | | | | |
| 156. -EMC Corp common stock | | None | J | T | | | | | |
| 157. -MCData Corp common stock | | None | J | T | | | | | |
| 158. -Sun Microsystems common stock | | None | J | T | | | | | |
| 159. Trust #1 (See note)(See part 1. Line 1) | | None | M | T | | | | | |
| 160. Trust #2 (See note) | G | Dividend | P1 | Q | | | | | |
| 161. -Southwest Banc shares stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 162. General Mills stock | A | Dividend | J | T | | | | | |
| 163. Salomon Smith Barney Brokerage Account | | | | | | | | | |
| 164. -GE Live & Annuity annuity | | None | K | T | | | | | |
| 165. Pennsco Sep IRA | | None | K | T | | | | | |
| 166. -Pennsco cash | | | | | | | | | |
| 167. -Hole in One LLC | | | | | | | | | |
| 168. Stone, Granade & Crosby, P.C. 401(k) (see note) | B | Div. & Int. | K | T | | | | | |
| 169. -American Funds Growth F | | | | | | | | | |
| 170. -Artisan Intl | | | | | | | | | |
| 171. -Dreyfus Midcap Index | | | | | | | | | |
| 172. -Liberty Acorn Z | | | | | | | | | |
| 173. -Pimco Total Return | | | | | | | | | |
| 174. -Schwab S&P 500 E. Shares | | | | | | | | | |
| 175. -Van Kampen Comstock A | | | | | | | | | |
| 176. -Weitz Value | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, Line 1: Appraisal of stock value as of 12/31/2002.

Part VII, Line 74.: Daphne Offices, LLC owns an office building in Daphne, AL, appraised on 8/6/02 at $300,000.  40% interest = $120,000

Part VII, Line 75: Office Building in Bay Minette, AL appraised on 4/9/01 at $270,000.  12.5% interest = $33,750

Part VII, Line 76: South Baldwin Offices, LLC owns an office building and lot in Foley, AL, appraised in April 2002 for $210,000.  26.5% interest = $55,650

Part VII, Line159: The only asset in the trust is a permanent life inssurance policy.

Part VII, Line 160: The only assete in the trust is stock of Southwest Banc shares, some of which was a gift from ████████ and the rest purchased.  The value of the Trust is derived from an appraisal of the stock value as of 12/30/2002 (erroneously reported as 12/30/2003 last year.)

Part VII, Line 168.  This is a 401k Plan at my ████████ law firm, which began some time in 2002.  I was unaware of its existence until recently.  It is administered by Geller Group, Ltd., and issues reports quarterly.  The transactions in the account are individually under $500 each, and are normally in the $100 - $200 range, and are thus not reported individually.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Granade, Callie V | 6/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  June 15, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544